UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHARLIE RAY CARNEY,                          25-cv-9590 (JGK)

                        Plaintiff,          ORDER

        - against -

JAY JONES,

                        Defendant.

---

JOHN G. KOELTL, District Judge:

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendant to answer was March 10, 2026. To date, no answer has been filed.

The time for the defendant to answer or respond to the complaint is extended to **April 30, 2026.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

The plaintiff should serve a copy of this Order on the defendant and file proof of service on the docket by **April 15, 2026.**

SO ORDERED.

Dated:    New York, New York
          April 10, 2026

                                        John G. Koeltl
                                  United States District Judge