UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

CHARLIE RAY CARNEY,                          25-cv-9590 (JGK)

               Plaintiff,           ORDER

      - against -

JAY JONES,

               Defendant.
_____

JOHN G. KOELTL, District Judge:

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendant to answer was originally March 10, 2026. On April 10, 2026, the Court extended the time for the defendant to answer until April 30, 2026. To date, no answer has been filed.

The time for the defendant to answer or respond to the complaint is extended to **May 29, 2026.** If the defendant fails to respond by that date, the plaintiff may move by order to show cause for a default judgment by **June 12, 2026.** The Court's Individual Practices regarding default judgments are attached to this Order. If the plaintiff fails to move for a default judgment by that date, the case may be dismissed without prejudice for failure to prosecute.

The plaintiff should serve a copy of this Order on the defendant and file proof of service on the docket by **May 18, 2026.**

**SO ORDERED.**

Dated:    New York, New York
          May 11, 2026

_____
          John G. Koeltl
United States District Judge

2