UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**CHARLIE RAY CARNEY,**

**Plaintiff,**

**- against -**

**JAY JONES,**

**Defendant.**

**25-cv-9590 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

On November 17, 2025, the plaintiff filed a complaint in this action. ECF No. 1. The original time for the defendant to answer or otherwise respond to the complaint was March 10, 2026. ECF No. 5. The defendant failed to answer by that date. On April 10, 2026, the Court extended the time for the defendant to answer until April 30, 2026. ECF No. 6. On May 11, 2026, the Court again extended the time for the defendant to answer until May 29, 2026, and directed that, if the defendant again failed to answer, the plaintiff should move by order to show cause for a default judgment by June 12, 2026. ECF No. 8. The defendant did not answer, and the plaintiff did not move for a default judgment by June 12, 2026. On June 18, 2026, the Court extended the time for the plaintiff to seek a default judgment until June 30, 2026. ECF No. 11. The Court warned

the plaintiff that failure to seek a default judgment by that date "will result in dismissal of the complaint for failure to prosecute." Id.

To date, the plaintiff has failed to move by order to show cause for a default judgment. Accordingly, the case is **dismissed without prejudice** for failure to prosecute. The Clerk is directed to close this case.

**SO ORDERED.**

**Dated: New York, New York**
**July 6, 2026**

**John G. Koeltl**
**United States District Judge**